LOUIS FRIEDMAN, Appellant, *v.* SAMUEL BORCHARDT et al., Respondents.

*Friedman* v. *Borchardt,* 161 App. Div. 672, appeal dismissed.
(Submitted April 12, 1915; decided April 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1914, which modified an order of Special Term by providing that the action (to foreclose a tax lien upon real property) be discontinued upon the payment of the principal of said tax lien and the statutory costs and allowances.

*Henry L. Franklin* for appellant.

*Henry S. Mansfield* and *Merritt E. Haviland* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.